# 1

Prisoner Thomas 254903

You are requesting IRS 1065 form for business conducted in 2022 regarding a partnership. You are not able to recieve these forms as you cannot run or be a partner in a business while you are a prisoner in the MDOC per policy.

*[signature]*
RUM-13

CSJ-105 Rev. 12/96
4835-3105

**INTRAMURAL CORRESPONDENCE**

Name  Thomas                          No. 254903       Date _____
Assignment  President Unit                              Lock 26/32
Manager (Rum);
Farley

Dear Rum:

I am writing requesting Internal Revenue Service (IRS) Form 1065 and related Schedule-K (Return of Partnership Income.) I am a "partner" in Syllogic Visions Consulting, LLC. Relatedly, I am also requesting IRS Form 1041 (U.S. Income Tax Return for Estates and Trust.) I am a "trustee" for the Thomas Family Trust.

Cordially,

Ronnie Dante Thomas

T. BROWN
Notary Public - State of Michigan
County of Luce
My Commission Expires
April 4, 2027