UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

RONNIE DANTE THOMAS,

               Plaintiff,

v.

UNKNOWN PIGGETT et al.,

               Defendants.

_____/

Case No. 1:25-cv-20

Honorable Jane M. Beckering

**JUDGMENT**

In accordance with the Opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:     April 14, 2025                 /s/ Jane M. Beckering
                                                    Jane M. Beckering
                                                    United States District Judge