United States District Court
Western District Of Michigan
Southern Division

Ronnie Dante Thomas,

Plaintiff,

v.

Unknown Piggott et Al.,

Defendants.

Case No. 1:25-CV-20
Hon. Jane M. Beckering

FILED- LN
May 5, 2025 11:16 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod  scanned by: eod / 5/5

## NOTICE OF APPEAL

Notice is hereby given that Ronnie D. Thomas, hereby Appeal to the United States Court of Appeals for the Sixth Circuit from the final judgment/order of this Court dismissing the instant 42 U.S.C. subsection 1983 civil Rights Action but certifying issues presented therein as non-frivolous and would be taken

in good faith entered in this action on the 14th day of April, 2025.

/s/ Ronnie Dante Thomas
Ronnie Dante Thomas
pro se, plaintiff
Bellamy Creek Corr. Facility
1727 W. Bluewater Hwy.
Ionia, Michigan 48846

Date: 4/30/2025

NAME: Ronnie Thomas
Number: 254903
Address: 1727 W. Bluewater Hwy.
Address: Ionia, MI 48846

GRAND RAPIDS MI 493
2 MAY 2025 AM 4 L

Office of the Clerk
United States Dist. Court
113 Federal Bldg.
315 W. Allegan St.
Lansing, Michigan 48933

48933-150099